IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LUCIA SMITH, and <br> MIKEL SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> THORNTONS LLC, and <br> JOHN DOES I-V, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) NO. 3:20-cv-00960 <br> ) <br> ) JUDGE CAMPBELL <br> ) MAGISTRATE JUDGE <br> ) FRENSLEY <br> ) <br> ) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Lucia Smith and Mikel Smith ("Plaintiffs") and Defendant Thorntons, LLC ("Thorntons" or "Defendant"), having fully compromised and resolved all disputes between them, request that the Court **DISMISS** Plaintiffs' lawsuit against Defendant **WITH PREJUDICE**. Each party shall bear their own costs and expenses.

Accordingly, **IT IS SO ORDERED**, and this action is **DISMISSED WITH PREJUDICE**.

Entered this the 22nd day of November, 2021.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT COURT JUDGE
FOR THE MIDDLE DISTRICT OF TENNESSEE

**SUBMITTED FOR APPROVAL BY** :

Bradley Arant Boult Cummings LLP

s/ Jeffrey W. Sheehan
Russell B. Morgan (TN Bar No. 20218)
Jeffrey W. Sheehan (TN Bar No. 33534)
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
Telephone: (615) 252-2311
Facsimile: (615) 252-6311
rmorgan@bradley.com
jsheehan@bradley.com

*Attorneys for Defendant Thorntons LLC*


/s/ Anthony M. Kestner
Anthony M. Kestner (TN Bar No. 21894)
Weir & Kestner Injury Lawyers
10541 Cedar Grove Rd, Suite 130
P.O. Box 1851
Smyrna, TN 37167
Telephone: (615) 220-4180
tonykestner@wkjustice.com

*Attorney for Plaintiffs Lucia and Mikel Smith*

3